■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ROY MCINTYRE, JR., Respondent.—Order unanimously reversed and indictment reinstated. Memorandum: The defendant had been indicted for a violation of section 263.05 of the Penal Law resulting from his having taken a number of Polaroid photographs of his 12-year-old niece in various degrees of undress and in various postures. County Court dismissed the indictment, holding that the evidence before the Grand Jury was not legally sufficient under the statute to establish that defendant had used his niece in a sexual performance. This was error. Performance is defined in subdivision 4 of section 263.00 of the Penal Law as "any play, motion picture, *photograph, or dance*" (emphasis supplied). Consequently the taking of the photographs with which defendant has been charged is a performance under the Penal Law and punishable thereunder (Appeal from order of Monroe County Court —dismiss indictment.) Present—Cardamone, J. P., Simons, Callahan, Doerr and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH COAST, JR., Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Memorandum: Of the several issues raised by defendants on these appeals, only one requires comment. The record indicates that the court failed to inform defendants before summation, as the statute requires, of the counts and offenses it intended to submit to the jury (see CPL 300.10, subd 3; 300.30, subd 1). However, defendants were not denied their right to an effective summation because the only issue in the case was one which was the same for all counts regardless of what crimes were actually submitted to the jury, i.e., identification, and because the defendants were convicted of offenses as charged in the indictment *(People v Scott,* 66 AD2d 861; *People v Cheeks,* 66 AD2d 1021; *People v Chapman,* 60 AD2d 584; *People v Vicaretti,* 54 AD2d 236). The error, therefore, was harmless beyond a reasonable doubt. (Appeal from judgment of Monroe Supreme Court—robbery, first degree.) Present—Cardamone, J. P., Simons, Callahan, Doerr and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY GASKINS, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same memorandum as in *People v Coast* (77 AD2d 810). (Appeal from judgment of Monroe Supreme Court—robbery, first degree.) Present—Cardamone, J. P., Simons, Callahan, Doerr and Moule, JJ.